**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000324
10-JUN-2019
10:48 AM**

NO. CAAP-19-0000324

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JW, Plaintiff-Appellant/Cross-Appellee, v.
LW, Defendant-Appellee/Cross-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 16-1-0008)

AMENDED ORDER GRANTING MOTION TO DISMISS CROSS-APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Motion to Dismiss Cross-Appeal, filed May 30, 2019 (May 30, 2019 Motion), by Defendant-Appellee/Cross-Appellant LW (Father), the papers in support, and the record, it appears that (1) Plaintiff-Appellant/Cross-Appellee JW (Mother) filed the notice of appeal on April 4, 2019, and Father filed the notice of cross-appeal on May 6, 2019; (2) on May 7, 2019, Mother filed a motion to dismiss the cross-appeal for lack of appellate jurisdiction (May 7, 2019 Motion); (3) the appeal and cross-appeal have been docketed; (4) Father seeks to dismiss the cross-appeal; and (5) dismissal of the cross-appeal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the May 30, 2019 Motion is granted and the cross-appeal is dismissed.

NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

IT IS FURTHER ORDERED that the May 7, 2019 Motion is dismissed.

DATED:   Honolulu, Hawai'i, June 10, 2019.


Presiding Judge


Associate Judge


Associate Judge